IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00371–EWN–PAC

GARY A. KRAMER,

    Plaintiff,

v.

TIMOTHY FISHER and
LOUIS VALARIO,

    Defendants.

---

**ORDER**

---

    This matter comes before the court on the "Notice of Dismissal Without Prejudice of All Claims Against Garfield County" filed August 19, 2005. Upon review and consideration, it is

    **ORDERED** that "Defendant Garfield County's Motion to Dismiss Plaintiff's First Amended Complaint" (#24) filed August 10, 2005 is DENIED as moot.

    Dated this  30th  day of August, 2005.

                                BY THE COURT:

                                s/Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge