IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00371-EWN-PAC

GARY A. KRAMER,

    Plaintiff(s),

v.

TIMOTHY FISHER,
LOUIS VALARIO,
SGT: HARDESEY,
DEPUTY BRENT BAKER, and
GARFIELD COUNTY SHERIFF OFFICE,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendants' Timothy Fisher and Lous [sic] Valario's Motion to Vacate and Reset Settlement Conference [filed November 23, 2005; Doc. No. 32] is **GRANTED** as follows:

    The Settlement Conference set for December 1, 2005 is *vacated and reset* to **March 6, 2006 at 3:00 p.m.  Confidential Settlement Statements are due on or before March 1, 2006.  *Counsel and parties with full authority to settle must be present.***

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  November 29, 2005