IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00371-EWN-PAC

GARY A. KRAMER,

      Plaintiff(s),

v.

TIMOTHY FISHER,
LOUIS VALARIO,
SGT: HARDESEY,
DEPUTY BRENT BAKER, and
GARFIELD COUNTY SHERIFF OFFICE,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Plaintiff's Motion to Vacate and Reschedule Hearing on Motion to Withdraw [filed January 27, 2006; Doc. No. 40] is **GRANTED** as follows:

      The motions hearing set for February 2, 2006 is ***vacated and reset*** to **February 8, 2006 at 8:30 a.m.,** in Courtroom A501,  Arraj Courthouse, 901 19th St. Denver, CO 80294. **Plaintiff and Mr. Tondre must be present.**

      IT IS **FURTHER ORDERED** that the Clerk's Office shall mail a copy of this Minute Order to plaintiff at the following address:

                    Gary Kramer
                    3419 North Kachina Lane
                    Scottsdale, Arizona 85251

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.
Dated:  January 31, 2006