IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00371-EWN-PAC

GARY A. KRAMER,

     Plaintiff(s),

v.

TIMOTHY FISHER,
LOUIS VALARIO,
SGT: HARDESEY,
DEPUTY BRENT BAKER, and
GARFIELD COUNTY SHERIFF OFFICE,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Defendants Timothy Fisher and Louis Valario's Motion to Vacate and Reset Settlement Conference dated April 11, 2006 (doc. 62) is granted in part and denied in part.  The settlement conference set for April 17, 2006 is vacated.  A settlement conference will be set at the May 19, 2006 final pretrial conference.

Dated:  April 12, 2006