IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00371-EWN-PAC

GARY A. KRAMER,

    Plaintiff(s),

v.

TIMOTHY FISHER,
LOUIS VALARIO,
SGT: HARDESEY,
DEPUTY BRENT BAKER, and
GARFIELD COUNTY SHERIFF OFFICE,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

IT IS HEREBY **ORDERED** that Defendants Timothy Fisher and Louis Valario's Unopposed Motion to Vacate and Reset Settlement Conference dated May 24, 2006 (doc. 74) is granted.  The Settlement Conference set for July 24, 2006 at 8:00 a.m. is *vacated and reset* to **August 2, 2006 at 1:30 p.m.**

Confidential Settlement Statements are due on or before **July 24, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

***Counsel and parties with full authority to settle must be present.***

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  May 25, 2006