IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00371-EWN-PAC

GARY A. KRAMER,

    Plaintiff,

v.

TIMOTHY FISHER,
LOUIS VALARIO, and
GARFIELD COUNTY,

    Defendants.

## ORDER GRANTING JOINT STIPULATED DISMISSAL WITH PREJUDICE

THE COURT having reviewed the Joint Stipulated Dismissal with Prejudice filed by the parties herein, and finding good cause therein, does hereby order that the within action is herein dismissed with prejudice with all parties to pay their own attorneys fees and costs.

Dated: December 15, 2006

                                                                s/ Edward W. Nottingham
                                                                District Court Judge