IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00371-EWN-PAC

GARY A. KRAMER,

    Plaintiff,

v.

TIMOTHY FISHER,
LOUIS VALARIO, and
GARFIELD COUNTY,

    Defendants.

## ORDER GRANTING VOLUNTARY STIPULATED DISMISSAL OF TIMOTHY FISHER AND LOUIS VALLARIO

THE COURT having reviewed the Voluntary Stipulated Dismissal of Timothy Fisher and Louis Vallario filed by the parties herein, and finding good cause therein, does hereby order that Defendants Timothy Fisher and Louis Vallario are herein dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice with all parties to pay their own attorneys fees and costs.

Dated: December 15, 2006

                                                                                                     s/ Edward W. Nottingham
                                                                                                     District Court Judge